**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| NICKOLAS CHRISTIE and DONNA CHRISTIE,<br><br>Plaintiffs,<br><br>v.<br><br>HYATT CORPORATION and its Subsidiaries and Affiliates, known under its Trademark, WORLD OF HYATT; HYATT HOTELS CORPORATION and its Subsidiaries and Affiliates, known under its Trademark, WORLD OF HYATT; HYATT FRANCHISING LATIN AMERICA, LLC, and its Subsidiaries and Affiliates; THE CORYN GROUP II, LLC, its Subsidiaries and Affiliates, known under its Trademark, AMR COLLECTION; APPLE LEISURE GROUP and its Subsidiaries and Affiliates; ALG VACATIONS CORPORATION and its Subsidiaries and Affiliates; CASABLANCA GLOBAL INTERMEDIATE HOLDINGS, L.P., and its Subsidiaries and Affiliates d/b/a APPLE LEISURE GROUP; CASABLANCA GLOBAL HOLDINGS, L.P., and its Subsidiaries and Affiliates d/b/a APPLE LEISURE GROUP; AMResorts, L.P., and its Subsidiaries and Affiliates; DREAMS MACAO BEACH PUNTA CANA,<br><br>Defendants. | Civil Action No. 1:24-cv-04442 |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE**

The Defendants, HYATT CORPORATION, HYATT HOTELS CORPORATION, HYATT FRANCHISING LATIN AMERICA, LLC, THE CORYN GROUP II, LLC, ALG VACATIONS CORP., AMRESORTS, L.P., CASABLANCA GLOBAL INTERMEDIATE HOLDINGS, L.P., and CASABLANCA GLOBAL HOLDINGS, L.P., by their attorneys, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, move to extend the briefing schedule, and in support thereof state as follows:

1

Defendants timely filed their Motions to Dismiss on November 18-19, 2024, pursuant to the briefing schedule order entered October 30, 2024. [Doc# 26] Plaintiffs are due to file their response briefs on December 11, 2024. On December 5, 2024, the court granted Plaintiffs' motion to file briefs in excess of 15 pages. [Doc# 33] After conferring on December 5, 2024, Plaintiffs' attorney is not opposed to extending the original briefing schedule that required Defendants to file their reply briefs by December 31, 2024. Due to the upcoming holidays, and the length of Plaintiffs' response briefs, which Plaintiffs' attorney expects will exceed 25 pages, Defendants ask that the court enter an order setting a new deadline of January 15, 2025, for Defendants to file their reply briefs.

Respectfully submitted,

HYATT CORPORATION, HYATT HOTELS CORPORATION, HYATT FRANCHISING LATIN AMERICA, LLC, THE CORYN GROUP II, LLC, ALG VACATIONS CORP., AMRESORTS, L.P., CASABLANCA GLOBAL INTERMEDIATE HOLDINGS, L.P., and CASABLANCA GLOBAL HOLDINGS, L.P.

By: /s/ *Dean M. Athans*

Dean M. Athans
Keti Mebuke
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603-5016
312.704.0550
dean.athans@wilsonelser.com
keti.mebuke@wilsonelser.com

2

305373405v.1