## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Nickolas Christie, et al.

                              Plaintiff,

v.                                                    Case No.: 1:24–cv–04442
                                                      Honorable Joan H. Lefkow

Hyatt Corporation, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2025:

        MINUTE entry before the Honorable Joan H. Lefkow: Pursuant to the stipulation of dismissal [44], this case is dismissed with prejudice with each party to bear its own costs and fees. Pending motions are terminated as moot. Status hearing date is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.